# Court of Appeals
# of the State of Georgia

ATLANTA,  April 06, 2020

*The Court of Appeals hereby passes the following order:*

**A20I0204.  JONAH ADDIS v. DEAUNA MCQUEEN.**

In this domestic relations case, Jonah Addis filed this application for interlocutory appeal seeking review of two trial court orders, one of which contains a child custody ruling.[1]  Pursuant to OCGA § 5-6-34 (a) (11), "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody" are directly appealable, including interlocutory custody orders.  See *Lacy v. Lacy*, 320 Ga. App. 739, 742 (3) (740 SE2d 695) (2013).  "This Court will grant a timely application for interlocutory review if the order complained of is subject to direct appeal and the applicants have not otherwise filed a notice of appeal." *Spivey v. Hembree*, 268 Ga. App. 485, 486, n. 1 (602 SE2d 246) (2004).  Accordingly, Addis's application for interlocutory appeal is hereby GRANTED.

Addis shall have ten days from the date of this order to file a notice of appeal

---

[1] Addis filed his application in the Georgia Supreme Court, which transferred the application to this Court after finding no basis for its jurisdiction over the case. See Case No. S20I0768 (decided February 6, 2020).

if he has not already done so.[2] The clerk of the superior court is directed to include a copy of this order in the appeal record transmitted to this Court.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,  04/06/2020*
     *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
     *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

         *Stephen E. Castlen*     *, Clerk.*

---

[2] If the notice of appeal cannot be filed within that time, then it must be filed within 10 days from the date that the Statewide Judicial Emergency Order. See Chief Justice Harold D. Melton, Order Declaring Statewide Judicial Emergency, https://www.gasupreme.us/wp-content/uploads/2020/03/CJ-Melton-amended-Statewide-Jud-Emergency-order.pdf (March 14, 2019).